PETER GESSNER, J. H. GRAHAM, ELMER BLANK, GEORGE BECK and BEN D. THURSBY, as and constituting the Board of County Commissioners of Volusia County, Florida; W. HOMER SMITH, as Tax Assessor of Volusia County, Florida; C. S. PAUL, Tax Collector of Volusia County, Florida; I. WALTER HAWKINS, as Clerk of the Board of County Commissioners of Volusia County, Florida, v. STATE OF FLORIDA, ex rel. J. FRANK ISAAC, GEORGE MOODY, F. L. BYRD, E. L. PADGETT and F. N. CONRAD, as and constituting the Board of Bond Trustees of Ocean Shore Improvement District in Flagler and Volusia Counties, Florida.

15 So. (2nd) 258  June Term, 1943
October 12, 1943  Division B

*Charles W. Luther,* for appellants.

*Hull, Landis, Graham & French* and *J. Compton French,* for appellees.

PER CURIAM:

Judgment affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.